IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CLIFF WAYNE HALL                                                                                    PLAINTIFF

vs.                                           Civil No. 4:12-cv-4070

WARDEN MARY BRAZZEL; NURSE
WANDA BROWN; SHERIFF RON STOVALL;
WILLIAM FLOYD; DR. NASH; ANGIE
MAYER; MS. SYNCHUCK; MS. MAGOWEN;
MILLER COUNTY DETENTION CENTER;
and CORPORAL HANNING                                                                          DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed June 20, 2013 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 43). Judge Bryant recommends that Plaintiff's Motion for Restraining Order (ECF No. 20) be denied. The parties have not filed objections to the Report and Recommendation, and the time for doing so has passed. See 28 U.S.C. § 636(b)(1). After reviewing the record *de novo*, the Court finds that Judge Bryant's Report and Recommendation should be adopted in its entirety. Accordingly, the Court hereby adopts Judge Bryant's Report and Recommendation, and Plaintiff's motion for restraining order is **DENIED**.

**IT IS SO ORDERED**, this 9th day of July, 2013.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge