IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


CLIFF WAYNE HALL                                                                                    PLAINTIFF

                v.                          Civil No. 4:12-cv-04070

WARDEN MARY BRAZZEL;
NURSE WANDA BROWN;
SHERIFF RON STOVALL;
WILLIAM FLOYD; DR. NASH;
ANGIE MAYER; MS. SYNCHUCK;
MS. MAGOWEN; MILLER COUNTY
DETENTION CENTER; and
CORPORAL HANNING                                                                               DEFENDANTS


**REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

      Plaintiff Cliff Hall filed this case *pro se* pursuant to 42 U.S.C. § 1983 on June 27, 2012. ECF No. 1. Plaintiff is not currently incarcerated. Now before the Court is an Agreed Motion to Dismiss filed by Plaintiff and Separate Defendants Nadia Brown and Dr. Nash (ECF No. 40).

      Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3)(2011), the Honorable Susan O. Hickey, United States District Judge, referred this case to the undersigned for the purpose of making a Report and Recommendation. After careful consideration, the undersigned makes the following Report and Recommendation.

      Plaintiff filed his Complaint on June 27, 2012 and subsequent Supplement and Addendum alleging claims against Separate Defendants Brown and Nash ("Separate Defendants"). ECF Nos. 1, 6, & 11. The Court ordered service on Separate Defendants and they filed an Answer on January 1, 2013. ECF No. 24. Separate Defendants filed a Motion for Summary Judgment on April 12, 2013. ECF No. 36. Plaintiff did not respond. On May 13, 2013, Plaintiff and Separate Defendants

1

filed the instant Agreed Motion to Dismiss stating Plaintiff no longer wished to pursue his claims against Separate Defendants, and requesting Plaintiff's claims against Separate Defendants be dismissed with prejudice.  ECF No. 40.

For the foregoing reasons, I recommend the Agreed Motion to Dismiss (ECF No. 40) be **GRANTED** and  Plaintiff's claims against Separate Defendants Nadia Brown[1] and Dr. Nash be **DISMISSED** with prejudice pursuant to the parties Agreed Motion to Dismiss.  Further, I recommend the Clerk be directed to terminate Separate Defendants' Motion for Summary Judgment at ECF No. 36.

**The parties have fourteen days from receipt of the Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

**DATED this 24th day of September 2013.**

>            /s/ Barry A. Bryant
> HON. BARRY A. BRYANT
> UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes that there is no Defendant named "Nadia Brown" on the docket sheet in this matter.  However, in Separate Defendants' Answer Nurse Nadia Brown entered an appearance and indicated she was incorrectly identified as "Nurse Wanda Brown" on the docket. Accordingly, the Court treats Nurse Nadia Brown and Nurse Wanda Brown as one and the same person and this Report and Recommendation is intended to recommend dismissal of Defendant Nurse Wanda Brown and any references or claims as to Nurse Nadia Brown.