IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CLIFF WAYNE HALL                                                                          PLAINTIFF

VS.                                         Civil No. 4:12-cv-4070

WARDEN MARY BRAZZEL, *et al*                                                      DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed September 24, 2013, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 47). Judge Bryant recommends that Plaintiff and Separate Defendants' Agreed Motion to Dismiss (ECF No. 40) be granted and that Separate Defendants' Motion for Summary Judgment (ECF No. 36) be denied as moot. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. The Agreed Motion to Dismiss is **GRANTED** and Plaintiff's claims against Separate Defendants Nurse Brown and Dr. Nash are **DISMISSED WITH PREJUDICE**. Separate Defendants' Motion for Summary Judgement (ECF No. 36) is **DENIED AS MOOT**.

**IT IS SO ORDERED**, this 16th day of October, 2013.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge