IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CLIFF WAYNE HALL                                                                                      PLAINTIFF

v.                              Civil No. 4:12-cv-04070

WARDEN MARY BRAZZEL;
SHERIFF RON STOVALL;
WILLIAM FLOYD; ANGIE MAYER;
MS. SYNCHUCK; MS. MAGOWEN;
CORPORAL HANNING; OFFICER BATES;
SGT. JONES; SGT. ADAMS; and OFFICER HARRIS                           DEFENDANTS

## ORDER

Plaintiff Cliff Hall proceeds in this action *pro se* and *in forma pauperis* pursuant to 42 U.S.C. § 1983.  Plaintiff was incarcerated in the South West Arkansas Community Corrections Center in Texarkana, Arkansas when he filed his Complaint, but he is no longer incarcerated. Currently before the Court is Defendants' Motion to Compel.  ECF No. 45.

On July 10, 2013, Defendants filed a Motion to Compel seeking an Order compelling Plaintiff to respond to Defendants' First Set of Interrogatories and Requests for Production.  ECF No. 45.  In their Motion, Defendants' state they first served the discovery requests on Plaintiff on February 15, 2013.  The discovery requests were not returned as undeliverable.  Plaintiff did not respond.  On May 30, 2013, Defendants sent a second request asking Plaintiff to respond to the discovery request and informing Plaintiff, if he failed to respond, Defendants would file a motion to compel.  The second request was also not returned as undeliverable.  Plaintiff again failed to respond.

Under the Federal Rules of Civil Procedure, Plaintiff is afforded thirty (30) days to respond to discovery requests.  Fed. R. Civ. P. 33(b)(2) & 34(b)(2)(A).  Plaintiff did not request an extension of time to respond to Defendants' discovery requests.  Therefore, Plaintiff has failed to

respond in the time provided by law.

Accordingly, Defendants' Motion to Compel (ECF No. 45) is **GRANTED.** Plaintiff is **DIRECTED** to provide Defendants with the required responses to the discovery requests **by 5:00 p.m. on Tuesday, December 3, 2013.** Plaintiff is advised that failure to comply with this Order may result in the dismissal of this case.

**IT IS SO ORDERED** this **13th day of November 2013.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE