IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CLIFF WAYNE HALL                                                                      PLAINTIFF

v.                                         Civil No. 4:12-cv-4070

WARDEN MARTY BRAZZEL, *et al.*                                              DEFENDANTS

## JUDGMENT

Before the Court is the Report and Recommendation filed May 14, 2014, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 54). Judge Bryant recommends that the above-styled case be dismissed for Plaintiff's failure to comply with the Court's Local Rules and Orders and failure to prosecute. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 5th day of June, 2014.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District